UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIN D. SCHWEITZER, a/k/a
"ERIN D. MARTIN,"

    Defendant.

Case No. 19-CR-

**19-CR-97**

[18 U.S.C. §§ 113(a), 1112 and 1153(a)]

**Green Bay Division**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about April 18, 2019, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**ERIN D. SCHWEITZER, a/k/a "ERIN D. MARTIN,"**

a Native American Indian, did knowingly kill another Native American Indian, John Doe #1, in the commission of a lawful act in an unlawful manner, that is, the operation of a motor vehicle while under the influence of an intoxicant.

2. The defendant acted with wanton and reckless disregard for human life, had actual knowledge that her conduct was a threat to the lives of others, and had such knowledge of circumstances as could have enabled her to reasonably foresee the peril to which her act might subject others.

All in violation of Title 18, United States Code, Sections 1112 and 1153(a).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

On or about April 18, 2019, in the State and Eastern District of Wisconsin, and within the boundaries of the Menominee Indian Reservation,

### ERIN D. SCHWEITZER, a/k/a "ERIN D. MARTIN,"

a Native American Indian, assaulted another Native American Indian, John Doe #2, by operating a motor vehicle while under the influence of an intoxicant and losing control of the vehicle causing it to crash into another vehicle resulting in serious bodily injury to John Doe #2, who was an occupant of the other vehicle.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 18, 2019, in the State and Eastern District of Wisconsin, and within the boundaries of the Menominee Indian Reservation,

**ERIN D. SCHWEITZER, a/k/a "ERIN D. MARTIN,"**

a Native American Indian, assaulted another Native American Indian, Jane Doe, by operating a motor vehicle while under the influence of an intoxicant and losing control of the vehicle causing it to crash into another vehicle resulting in serious bodily injury to Jane Doe, who was an occupant of the other vehicle.

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153(a).

A TRUE BILL:

_____
FOREPERSON

Dated: 5-29-19

_____
MATTHEW D. KRUEGER
United States Attorney